# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134302

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONNIE SMART and ASHLEY SMART,
      Plaintiffs-Appellants,

v

NATIONWIDE MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

SC: 134302
COA: 266797
Berrien CC: 03-003401-CZ

_____/

On order of the Court, the application for leave to appeal the May 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

s0917